## United States District Court for the Northern District of Illinois

Case Number: 08CV3871            Assigned/Issued By: DAJ

Judge Name: ZAGEL               Designated Magistrate Judge: MASON

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
                [ ] IFP       [ ] No Fee   [ ] Other ____
                [ ] $455.00

Number of Service Copies _____            Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 2915130

Date Payment Rec'd: 07/07/08        Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                          [ ] Alias Summons

[ ] Third Party Summons              [ ] Lis Pendens

[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
                                     (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
    (Type of Writ)

1 Original and 0 copies on 07/07/08 as to DEF. _____
                          (Date)